IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | |
| v. | : Civil Action No. |
| | : |
| ONE 2006 RANGE ROVER, | : |
| VIN SALSF25466A968064, | |
| MARYLAND TAG 21669M4 | : |
| AND ONE SILVER JEEP RUBICON | |
| VIN 1C4HJWFG5DL553884 | : |
| MARYLAND REGISTRATION 3AZ9686, | |
| Defendants | : |

: : : : : : : : :

### VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Evan T. Shea, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.   This is a civil forfeiture action against (a) a 2006 Range Rover, VIN SALSF25466A968064, bearing Maryland tag 21669M4 (the "2006 Range Rover"); and (b) a silver Jeep Rubicon, VIN 1C4HJWFG5DL553884, bearing Maryland Registration 3AZ9686 (the "Silver Jeep"), (together, the "Defendant Property"), alleging that the Defendant Property used and was intended to be used to commit and facilitate the commission of a violation of 21 U.S.C. § 841, and therefore should be forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

### THE DEFENDANTS IN REM

2.   The defendant is (a) a 2006 Range Rover, VIN SALSF25466A968064, bearing Maryland tag 21669M4 (the "2006 Range Rover"); and (b) a silver Jeep Rubicon, VIN

1C4HJWFG5DL553884, bearing Maryland Registration 3AZ9686 (the "Silver Jeep") (together, the "Defendant Property").

3. The defendant property was seized on November 20, 2013.

4. Since seizure, the defendant property has been and presently is in the custody of the Department of Homeland Security, United States Customs and Border Protection.

## JURISDICTION AND VENUE

5. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. §881(a)(3), (4), and (6).

6. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

7. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

8. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) because it was used, or are intended to be used, to transport, or facilitate the transportation, sale, receipt, possession, or concealment of controlled dangerous substances in violation of 21 U.S.C. §841.

## FACTS

10. The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Special Agent Mary Horn, Homeland Security Investigations, which is incorporated herein by reference.

**WHEREFORE**, the plaintiff prays as follows:

1. That any person or persons having any interest therein be cited to appear herein and answer the Complaint;

2. That a Warrant of Arrest *in rem* issue to the Department of Homeland Security commanding the arrest of the defendant property;

3. That Judgment of Forfeiture be decreed against the defendant property;

4. That upon Final Decree of Forfeiture, the Department of Homeland Security dispose of the defendant property according to law; and

5. That the plaintiff has such other and further relief as the case may require.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

9/29/2014
Date

_____
Evan T. Shea
Assistant United States Attorney
36 S. Charles Street
Fourth floor
Baltimore, Maryland 21201
Telephone (410) 209-4800

## VERIFICATION

I, Evan T. Shea, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Department of Homeland Security and that everything contained therein is true and correct to the best of my knowledge and belief.

9/29/2014
Date

_____
Evan T. Shea
Assistant United States Attorney

## DECLARATION

This declaration is submitted in support of a complaint for forfeiture of (a) a 2006 Range Rover, VIN SALSF25466A968064, bearing Maryland tag 21669M4 (the "2006 Range Rover"); and (b) a silver Jeep Rubicon, VIN 1C4HJWFG5DL553884, bearing Maryland Registration 3AZ9686 (the "Silver Jeep").

I, Mary E. Horn, am a Special Agent of the Homeland Security Investigations, in Baltimore, Maryland, submit that there are sufficient facts to support a reasonable belief that the 2006 Range Rover and the Silver Jeep were used, or were intended to be used, to transport, or facilitate the transportation, sale, receipt, possession, or concealment of controlled dangerous substances in violation of 21 U.S.C. § 841 and thus were subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

a. In late 2010 and the beginning of 2011, your declarant began a joint investigation with the Metropolitan Area Drug Task Force ("MADTF") involving individuals facilitating marijuana distribution in Prince Georges County, Maryland. This drug trafficking organization ("DTO") used couriers, shipping companies, and the banking system to transport large amount of controlled dangerous substances and United States Currency in furtherance of the criminal enterprise. One of the subjects of the investigation was identified as Ricardo Jermain LAWSON.

b. UPS shipping records reflect that LAWSON received fourteen packages shipped from Southern California to Maryland—specifically, Platinum Auto Salon located at 5613 Landover Road, Hyattsville, Maryland 20784—from January through June 2012, all weighing between 30 to 40 pounds each.

c. According to Maryland's Department of Taxation and Assessment, during this time LAWSON owned Platinum Auto Salon located at 5613 Landover Road, Hyattsville, Maryland 20784.

d. The packages, which originated in Southern California, were shipped from two businesses that shipped packages for walk-in customers -- In and Out Shipping Center in Hacienda Heights, CA and Door to Door in Rowland Heights, CA. These businesses were previously identified in this investigation as known shipping locations for boxes of marijuana being sent to Maryland.

e. On June 27, 2012, members from the Prince Georges County Narcotics Enforcement Division seized two (2) parcels containing approximately 70 pounds, in total, of marijuana that were shipped from Southern California to Platinum Auto Salon located at 5613 Landover Road, Hyattsville, Maryland 20784.

f. This shipment is consistent with the UPS shipping records showing shipments from Southern California to Platinum Auto Salon of boxes weighing 30 to 40 pounds.

**2006 Range Rover**

g. On July 29, 2013, LAWSON was operating the 2006 Range Rover and was stopped by Prince George's County Police for a traffic violation.

h. During the traffic stop, a K-9 alerted to the presence of narcotics in the 2006 Range Rover. Law enforcement then conducted a search of the 2006 Range Rover, which resulted in the discovery of approximately $50,000 in U.S. Currency in the vehicle.

i. Surveillance prior to the traffic stop indicated that LAWSON was involved in a drug transaction and the currency was the proceeds of that criminal activity.

**Silver Jeep**

j. On November 20, 2013, MADTF and HSI took possession of a box suspected to contain narcotics from UPS and it was turned over to a UPS delivery person. The UPS delivery person was under surveillance by law enforcement as he met LAWSON, operating the Silver Jeep, in the area of 501 69th St, Seat Pleasant, Maryland.

k. Surveillance observed LAWSON put the box in the Silver Jeep and drive to 501 69th St, Seat Pleasant, Maryland.

l. LAWSON immediately dropped off the box at 501 69th St, Seat Pleasant, Maryland and departed.

m. Shortly thereafter, LAWSON's car was stopped by MSP for a motor vehicle violation. A K-9 alerted to the presence of narcotics in the vehicle and a search resulted in the discovery of approximately $7,910 in U.S. currency inside a backpack. LAWSON was found to have $1,026 in U.S. currency on his person.

n. LAWSON was then detained and transported to the MSP Barracks in College Park, Maryland.

o. LAWSON was charged by MSP with possession with intent to distribute marijuana, possession of marijuana, and possession with intent to distribute marijuana in a school zone.

p. The UPS box was later seized and determined to contain approximately ten pounds of marijuana.

q. Both the Silver Jeep and the 2006 Range Rover were seized on November 20, 2013.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. 1746 THAT THE FACTS SUBMITTED BY THE HOMELAND SECURITY INVESTIGATION, IN REFERENCE TO THE SEIZURE (A) A 2006 RANGE ROVER, VIN #SALSF25466A968064, BEARING MARYLAND TAG #21669M4; AND (B) A SILVER JEEP RUBICON BEARING MARYLAND REGISTRATION 3AZ9686 ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Mary Horn
Special Agent
Homeland Security Investigation